IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAWRENCE L. BLANKENSHIP,
    Plaintiff,

vs.                                      Case No.   3:12cv364/RV/CJK

ELIZABETH M. TIMOTHY, et al.,
    Defendants.

_____

O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 8, 2012. (Doc. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of objections filed.

    Having considered the Report and Recommendation, and the timely filed objections thereto (Doc. 5), I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This case is DISMISSED WITH PREJUDICE for lack of subject matter jurisdiction.

    3.    The clerk is directed to close the file.

    DONE AND ORDERED this 17th day of August, 2012.

                            /s/ _Roger Vinson_
                            ROGER VINSON
                            SENIOR UNITED STATES DISTRICT JUDGE